| | |
|---|---|
| 1 | WAUKEEN Q. McCOY, ESQ. (SBN: 168228) |
|   | LAW OFFICES OF WAUKEEN Q. McCOY |
|   | 703 Market Street, Suite 1407 |
| 2 | San Francisco, California 94103 |
|   | Telephone (415) 675-7705 |
| 3 | Facsimile (415) 675-2530 |
| 4 | Attorney for Plaintiff |
|   | PERNELL EVANS |

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual; | Case No. : 3:08-cv-01005-EDL |
| Plaintiff, | **PLAINTIFF'S CASE MANAGEMENT STATEMENT** |
| vs. | Date:  June 3, 2008 |
|  | Time:  10:00 a.m. |
| FEDERAL EXPRESS, a corporation, EVERETT REY, an individual, ROBIN VAN GALDER, an individual, and DOES 1-50 | Courtroom:  E, 15th Floor |
| Defendants. | |

Plaintiff, through his counsel of record herein, hereby submits the following Case management Statement. Service of process in this matter on Defendant Fedex corporation and the individual defendants in this matter has not been completed; therefore, the parties cannot submit a joint case management conference statement. Plaintiff has engaged the services of a process server who is currently attempting service of process on Defendants in this matter. Plaintiff respectfully request the Court continue the pretrial conference thirty days to allow the parties to meet and confer and submit a joint case management statement.

Case Management Statement                        1

1   Dated:  May 27, 2008                LAW OFFICES OF WAUKEEN Q. McCOY

2                                       /s/ Waukeen Q. McCoy
                                        Attorneys for Plaintiff
3                                       PERNELL EVANS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28