UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERNELL EVANS

        Plaintiff(s),

v.

FEDEX CORPORATION, et. al.

        Defendant(s).
_____/

No. C 3:08-cv-01005

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 06/06/08

Signature /s/ WAVKEEN MCCOY

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")