1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    PERNELL EVANS,                          No. C 08-01005 MHP

9              Plaintiff(s),                 **CLERK'S NOTICE**
                                             **(Scheduling Case Management Conference**
10     v.                                    **in Reassigned Case)**

11   FEDERAL EXPRESS et al,

12             Defendant(s).
     _____/

13

14         This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15   hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

16   **August 4, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.

17   Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement

18   on all defendants, and shall also serve a copy of this notice on all defendants.

19

20                                           Richard W. Wieking
                                             Clerk, U.S. District Court
21

22

23   Dated:  June 11, 2008                   Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
24                                                   (415) 522-3140

25

26

27

28

**United States District Court**
For the Northern District of California