Mireya A.R. Llaurado (Bar No. 194882)
Christopher J. Yost (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4632
FAX: (949) 862-4605
**mallaurado@fedex.com**

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION,
EVERETT REY, and ROBERT VAN
GALDER, erroneously sued and served as
Robin Van Galder

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FEDEX EXPRESS, a corporation; EVERETT REY, an individual, ROBIN VAN GALDER, an individual, and DOES 1-50,<br><br>Defendants. | CASE NO. CV08-01005 MHP<br><br>Assigned to: Honorable Marilyn Hall Patel, Courtroom 15<br><br>**DEFENDANTS' NOTICE AND CERTIFICATION OF INTERESTED PARTIES**<br><br>Date: August 11, 2008<br>Time: 2:00 p.m.<br>Dept.: 15<br><br>Complaint Filed: February 19, 2008<br>Trial Date: None Set |

Pursuant to Civil L. R. 3-16, the undersigned, counsel of record for Defendant Federal Express Corporation, certifies that the following listed parties, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or are a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

a. Plaintiff Pernell Evans – former employee of Federal Express Corporation;

b. Defendant Federal Express Corporation – Plaintiff's previous employer; and

c. FedEx Corporation- parent corporation of Federal Express Corporation which is publicly traded.

d. Everett Rey – A current employee of Federal Express Corporation;

e. Robin Van Galder – A current employee of Federal Express Corporation.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 2, 2008                            Respectfully submitted,

By: /s/
MIREYA A.R. LLAURADO, ESQ.
Attorneys for Defendants
FEDERAL EXPRESS CORPORATION,
EVERETT REY, and ROBERT VAN GALDER

738248

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On July 2, 2008, I served the within document(s):

**DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES [Civil L. R. 3-16]**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**Law Office of Waukeen Q. McCoy**
**703 Market Street, Ste 1407**
**Telephone 415.675.7705**
**Facsimile 415.675.2530**

**Attorneys for Plaintiff**

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2008, at Irvine, California.

/S/
DIANE ESPARZA