Mireya A.R. Llaurado (Bar No. 194882)
Christopher J. Yost (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4632
FAX: (949) 862-4605
**mallaurado@fedex.com**

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION, EVERETT REY, and ROBERT VAN GALDER, erroneously sued and served as Robin Van Galder

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX EXPRESS, a corporation; EVERETT REY, an individual, ROBIN VAN GALDER, an individual, and DOES 1-50,<br><br>　　　　　Defendants. | CASE NO. CV08-01005 (MHP)<br><br>Assigned to: Honorable Marilyn Hall Patel, Courtroom 15<br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**[CIVIL L.R. 3-13]**<br><br>Date:　August 11, 2008<br>Time: 2:00 p.m.<br>Dept.: 15<br><br>Complaint Filed:　February 19, 2008<br>Trial Date:　None Set |

1  Pursuant to Northern District of California Civil Local Rule 3-13, Federal Express
2 Corporation states that, to its knowledge, no action is currently pending in the Northern
3 District of California, or any other federal or state court, involving all or a material part
4 of the subject matter of this instant action.

5

6 Dated: July 2, 2008    Respectfully submitted,

7

8    By:    /S/
       Mireya A.R. Llaurado
9       Attorneys for Defendants
       FEDERAL EXPRESS `
10      CORPORATION, EVERETT REY, and
       ROBERT VAN GALDER
11

12

13

14

15 738460

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On July 2, 2008, I served the within document(s):

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [CIVIL L.R. 3-13]**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**Law Office of Waukeen Q. McCoy**
**703 Market Street, Ste 1407**
**Telephone 415.675.7705**
**Facsimile 415.675.2530**

**Attorneys for Plaintiff**

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2008, at Irvine, California.

/S/
DIANE ESPARZA