```
 1  Mireya A.R. Llaurado (Bar No. 194882)
    Christopher J. Yost (Bar No. 150785)
 2  FEDERAL EXPRESS CORPORATION
    2601 Main Street, Suite 340
 3  Irvine, CA 92614
    TEL: (949) 862-4632
 4  FAX: (949) 862-4605
 5  mallaurado@fedex.com

 6  Attorneys for Defendants
    FEDERAL EXPRESS CORPORATION,
 7  EVERETT REY, and ROBERT VAN
    GALDER, erroneously sued and served as
 8  Robin Van Galder
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX EXPRESS, a corporation;<br>EVERETT REY, an individual,<br>ROBIN VAN GALDER, an individual, and DOES 1-50,<br><br>　　　　　Defendants. | CASE NO. CV08-01005 (MHP)<br><br>Assigned to: Honorable Marilyn Hall Patel, Courtroom 15<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**<br><br>Date: August 11, 2008<br>Time: 2:00 p.m.<br>Dept.: 15<br><br>Complaint Filed: February 19, 2008<br>Trial Date: None Set |

1
2  Pursuant to Civil L. R. 3-16, the undersigned, counsel of record for Defendant
3  Federal Express Corporation dba Fedex Express ("FedEx" or "Defendant"), by and
4  through undersigned counsel, identifies the parent company and any publicly held
5  corporation that owns 10% or more of its stock in Federal Express Corporation:
6    1.   FedEx Corporation.
7
8  Dated: July 2, 2008                      Respectfully submitted,
9
10                         By:      /S/
11                                  Mireya A.R. Llaurado
                                    Attorney for Defendants
12                                  FEDERAL EXPRESS CORPORATION,
                                    EVERETT REY, and ROBERT VAN
13                                  GALDER
14
15
16
17
18  738369
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On July 2, 2008, I served the within document(s):

**DEFENDANT FEDERAL EXPRESS CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**Law Office of Waukeen Q. McCoy**
**703 Market Street, Ste 1407**
**Telephone 415.675.7705**
**Facsimile 415.675.2530**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2008, at Irvine, California.

/S/
———————————
DIANE ESPARZA