| | |
|---|---|
| 1 | MIREYA A.R. LLAURADO, ESQ. (Bar No. 194882) |
|   | CHRISTOPHER J. YOST, ESQ. (Bar No. 150785) |
| 2 | **FEDERAL EXPRESS CORPORATION** |
|   | 2601 Main Street, Suite 340 |
| 3 | Irvine, California 92614 |
|   | Telephone: (949) 862-4632 |
| 4 | Facsimile: (949) 862-4605 |
|   | E-mail: mallaurado@fedex.com |
| 5 | Attorneys for Defendants |
| 6 | FEDERAL EXPRESS CORPORATION, |
|   | EVERETT REY, and ROBERT VAN GALDER, |
| 7 | erroneously sued and served as Robin Van Galder |

WAUKEEN Q. MCCOY, ESQ. (Bar No. 168228)
SPENCER F. SMITH, ESQ. (Bar No. 236587)
LAW OFFICE OF WAUKEEN Q. MCCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
Attorneys for Plaintiff PERNELL EVANS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual, | Case No. CV-08-01005 MHP |
| Plaintiff, | Assigned to: Honorable Marilyn Hall Patel, Courtroom 15 |
| v. | **STIPULATED ENTRY OF DISMISSAL OF MULTIPLE CLAIMS** |
| FEDEX EXPRESS, a Corporation, EVERETT REY, an individual, ROBIN VAN GALDER, a individual, and DOES 1-50, Inclusive, | Complaint Filed: Feb. 19, 2008 |
| Defendants. | Trial Date: None Set |

Now come the parties, Pernell Evans (Plaintiff) and defendants Federal Express Corporation, Everett Rey (Rey) and Robert Van Galder ("Van Galder") (collectively, "Defendants"), by and through counsel, and pursuant to Rule 41(A)(1)(ii) file this Stipulated Entry Of Dismissal with prejudice of the following claims in the above-captioned civil litigation:

1. - Fifth claim, for retaliation under both the California Fair Employment and Housing Act (FEHA) and 42 U.S.C. 2000e, as to Defendants Rey and Van Galder;
2. - Sixth claim for constructive discharge/public policy violation as to Defendants Rey and Van Galder;
3. - Seventh claim, for failure to maintain environment free from harassment under FEHA, as to Defendants Rey and Van Galder;
4. - Eighth claim, for failure to investigate under FEHA, as to Defendants Rey and Van Galder; and
5. - ~~Tenth claim, for "hostile work environment" under FEHA, as to all Defendants, as it is duplicative of Plaintiff's FEHA Harassment claim asserted against all Defendants in the Fourth Claim.~~

Each party shall be responsible for their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July __, 2008

_____
Judge Marilyn Hall Patel

**SUBMITTED:**

Dated: July 23, 2008

| LAW OFFICE OF WAUKEEN Q. MCCOY<br><br>_____<br>Waukeen Q. McCoy<br>Spencer F. Smith<br>Attorneys for Plaintiff PERNELL EVANS | FEDERAL EXPRESS CORPORATION<br><br>_____<br>Mireya A.R. Llaurado<br>Attorney for Defendants FEDERAL EXPRESS CORPORATION, EVERETT REY, and ROBERT VAN GALDER |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On July 23, 2008, I served the within document(s):

**STIPULATED ENTRY OF DISMISSAL OF MULTIPLE CLAIMS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**Law Offices of Waukeen Q. McCoy**
**703 Market Street, Suite 1407**
**San Francisco, California 94103**
**Telephone No.: (415) 675-7705**
**Facsimile No.: (415) 675-2530**

**Attorneys for Plaintiff, Pernell Evans**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 23, 2008, at Irvine, California.

/S/
_____
Renee K. Aven

739493