**United States District Court**
For the Northern District of California

1
2
3
4
5                      UNITED STATES DISTRICT COURT
6                     NORTHERN DISTRICT OF CALIFORNIA
7
8    PERNELL EVANS,                              No. C08-1005  MHP
                                                 **AMENDED**
9                 Plaintiff(s),                  **CLERK'S NOTICE**

10       v.

11   FEDERAL EXPRESS, et al.,

12                Defendant(s).
     _____/
13

14          The parties are notified that the Telephonic Case Management Conference originally set for

15   August 5, 2008 has been rescheduled by the Court to **Monday, August 6, 2008 at 2:00 p.m.**

16

17                                       Richard W. Wieking
                                         Clerk, U.S. District Court
18

19                                       _Frank Justiliano_

20   Dated:  July 31, 2008               _____
                                         Frank Justiliano, Deputy Clerk to the
21                                       Honorable Marilyn Hall Patel
                                              (415) 522-3140
22

23

24

25

26

27

28