**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, | No. C08-1005 MHP |
| Plaintiff(s), | **AMENDED\*** <br> **CLERK'S NOTICE** |
| v. | |
| FEDERAL EXPRESS, et al., | |
| Defendant(s). | |

The parties are notified that the Telephonic Case Management Conference originally set for August 5, 2008 has been rescheduled by the Court to **Wednesday\*, August 6, 2008 at 2:00 p.m.**

Richard W. Wieking
Clerk, U.S. District Court

*Frank Justiliano*

Dated: July 31, 2008

Frank Justiliano, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140