**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date:   August 6, 2008        [2:10pm - 2:20pm]

Case No.   C 08-1005 MHP         Judge:  MARILYN H. PATEL

Title:  Pernell Evans  -v- Federal Express, et al:

Attorneys: Plf:    Spencer Smith
           Dft:    Christopher Yost

Deputy Clerk: Monica Narcisse for Anthony Bowser        Court Reporter:  Belle Ball

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

- Judge Patel will advise Judge Susan Illston of case and let her determine whether cases should be related.
- Further Telephonic Case Management Conference set for 10-22-2008 @ 2:30 pm. Defense shall initiate conference.
- Joint Supplemental Case Status Statement due by 10-15-2008.

NOTES:   Medication at Circuit is scheduled for 9-15-2008.

cc:    Anthony Bowser