<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, | No. C 08-01005 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| FEDERAL EXPRESS, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a) to CV 04-0098 SI *Edward Alvarado et al -v- FedEx Corporation et al.*

Dated: 11/20/2008

MARILYN HALL PATEL
United States District Judge