```
 1  STEPHEN M. MURPHY (SBN 103768)
    JEREMY A. GRAHAM (SBN 234166)
 2  Law Offices of Stephen M. Murphy
    180 Montgomery Street, Suite 940
 3  San Francisco, CA 94104
    Telephone:   (415) 986-1338
 4  Facsimile:   (415) 986-1231

 5  Attorney for Plaintiff PERNELL EVANS

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  PERNELL EVANS, an individual,        )
                                         )
12         Plaintiff,                    )
                                         )   Case No.   CV-08-01005 MHP
13  v.                                   )
                                         )   Assigned to: Hon. Marilyn Hall Patel
14  FEDERAL EXPRESS, a corporation,      )                Courtroom 15
    EVERETT REY, an individual,          )
15  ROBIN VAN GALDER, an individual,     )   SUBSTITUTION OF COUNSEL
    and DOES 1-50, inclusive,            )
16                                       )   Complaint filed:   February 19, 2008
           Defendants.                   )   Trial date:        Not assigned
17                                       )
                                         )
18  _____)

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         Plaintiff PERNELL EVANS hereby substitutes new counsel of record in this

21  action as follows:

22              STEPHEN M. MURPHY, SBN 103768
                Law Offices of Stephen M. Murphy
23              180 Montgomery Street, Suite 940
                San Francisco, CA 94104
24              Telephone: (415) 986-1338
                Facsimile:  (415) 986-1231
25

26  _____
    SUBSTITUTION OF COUNSEL
```

1  Said substitute counsel shall be in place of the following who is no longer
2  counsel of record in this action:
3  WAUKEEN Q. MCCOY, SBN 168228
   Law Offices of Waukeen Q. McCoy
4  703 Market Street, Suite 1407
   San Francisco, CA 94103
5  Telephone: (415) 675-7705
   Facsimile:  (415) 675-2530
6
   This substitution shall be effective as of the date first written below.
7
8  I consent to this substitution.
9                                      LAW OFFICES OF WAUKEEN Q. MCCOY
10 Dated: November 20, 2008    By: _____
11                                      Waukeen Q. McCoy (former attorney)
                                        Attorney for Plaintiff
12
13 I consent to this substitution.
14                                      LAW OFFICES OF STEPHEN M. MURPHY
15 Dated: November 20, 2008    By: _____
16                                      Stephen M. Murphy (new attorney)
                                        Attorney for Plaintiff
17
18 I consent to this substitution.
19
20 Dated: November 17, 2008    By: _____
                                        Plaintiff PERNELL EVANS
21
22 IT IS SO ORDERED.
23
24 Date: 11/26/2008
25
26 SUBSTITUTION OF COUNSEL                -2-

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA