IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, | No. C 08-1005 SI |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| FEDERAL EXPRESS, *et al.*, | |
| Defendants. | |

On January 23, 2009, the Court held a hearing on defendants' motion to dismiss. As stated at the hearing, the Court DENIES the motion and ORDERS the parties to immediately meet and confer in an effort to resolve all outstanding discovery issues. (Docket No. 25). The parties shall report on the status of discovery at the February 27, 2009 case management conference.

**IT IS SO ORDERED.**

Dated: January 26, 2009

SUSAN ILLSTON
United States District Judge