IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERNELL EVANS,

          Plaintiff,

  v.

FEDERAL EXPRESS,

          Defendant.

_____/

No. C 08-01005 SI

**PRETRIAL PREPARATION ORDER**

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 26, 2009 at  3:00 p.m.
Counsel **_must_** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 2, 2009.

DESIGNATION OF EXPERTS: Pltf: 9/3/09, Deft: 10/7/09; REBUTTAL: 10/14/09.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 7, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by October 9, 2009;

     Opp. Due October 23, 2009;  Reply Due October 30, 2009;

     and set for hearing no later than November 13, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 24, 2009 at 3:30 PM.

JURY TRIAL DATE: December 7, 2009 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation by 6/1/09

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge