CHRISTOPHER J. YOST, ESQ. (Bar No. 150785)
MIREYA A.R. LLAURADO, ESQ. (Bar No. 194882)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
E-mail: cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION,
EVERETT REY, and ROBERT VAN GALDER,
erroneously sued and served as Robin Van Galder

STEPHEN M. MURPHY, ESQ.
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Ste. 940
San Francisco, CA 94104
PHONE: (415) 986-1338, ext. 121
FAX: (415) 986-1231
EMAIL: Smurphy@justice.com

Attorneys for Plaintiff PERNELL EVANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX EXPRESS, a Corporation, EVERETT REY, an individual, ROBIN VAN GALDER, a individual, and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. CV-08-01005 SI<br>Assigned to: Honorable Susan Illston, Courtroom 10<br><br>**STIPULATION REGARDING JUNE 26, 2009 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: Feb. 19, 2008<br>Trial Date: December 7, 2009 |

Now come the parties, Pernell Evans (Plaintiff) and Defendants Federal Express Corporation, Everett Rey (Rey) and Robert Van Galder ("Van Galder") (collectively, "Defendants"), by and through counsel, and file this stipulated request to re-set the further case management conference currently set for Friday, June 26 at 3:00 p.m., the further case management conference statement, and permit telephonic appearances by counsel at the re-set the status conference. The

parties hereby stipulate as follows and request that this stipulation be made the order of the Court:

1. The above-captioned matter is currently set for a further case management conference Friday, June 26 at 3:00 p.m., with a further case management statement due June 16, 2009;

2. The parties currently have depositions set for June 18 and July 2, 2009, and believe that a further case management conference will have greater utility after those depositions are completed.

3. Counsel for Defendants is traveling to the location of the July 2, 2009 deposition (Alaska) on June 26, 2009.

4. In order to maximize the value of the further case management conference, avoid the unnecessary expenditure, and to minimize expenses by the Parties, the Parties request that the Status Conference be continued to a date during the week of July 20, 2009, and that each counsel be permitted to appear telephonically.

**IT IS SO ORDERED:**

The further case management conference currently set on June 26, 2009, at 3:00 p.m. in Courtroom 10 is continued to __Monday, July 28__, 2009 at __10:00__ _.m. in Courtroom 10. Further case management statement is due on __July 21, 2009__, 2009. Counsel to appear telephonically.

By:

Dated: June __, 2009

_____
Judge Susan Illston

**SO STIPULATED AND SUBMITTED:**

Dated: June 16, 2009

| LAW OFFICES OF STEPHEN M. MURPHY<br><br>　　/s/<br>STEPHEN M. MURPHY, ESQ.<br>180 Montgomery St., Ste. 940<br>San Francisco, CA 94104<br>Telephone: (415) 986-1338, ext. 121<br>Facsimile: (415) 986-1231<br>E-mail: Smurphy@justice.com<br><br>Attorneys for Plaintiff PERNELL EVANS | FEDERAL EXPRESS CORPORATION<br><br>　　/s/<br>CHRISTOPHER J. YOST, ESQ.<br>MIREYA A.R. LLAURADO, ESQ.<br>FEDERAL EXPRESS CORP.<br>2601 Main Street, Suite 340<br>Irvine, California 92614<br>Telephone: (949) 862-4558<br>Facsimile: (949) 862-4605<br>E-mail: cjyost@fedex.com<br><br>Attorneys for Defendants FEDERAL EXPRESS CORP., EVERETT REY, and ROBERT VAN GALDER, erroneously sued and served as Robin Van Galder |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On June 16, 2009, I served the within document(s):

**STIPULATION REGARDING JUNE 26, 2009 FURTHER CASE MANAGEMENT CONFERENCE**

☒ by transmitting via Court's ECF Filing System.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**STEPHEN M. MURPHY, ESQ.**
**180 Montgomery St., Ste. 940**
**San Francisco, CA 94104**
**Telephone: (415) 986-1338, ext. 121**
**Facsimile: (415) 986-1231**
**E-mail: Smurphy@justice.com**

**Attorneys for Plaintiff, Pernell Evans**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 16, 2009, at Irvine, California.

_____/S/_____
**Renee K. Aven**

#781533