IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, | No. C 08-01005 SI |
| Plaintiff, | SECOND **PRETRIAL PREPARATION ORDER** |
| v. | |
| FEDERAL EXPRESS, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 16, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DESIGNATION OF EXPERTS: <u>Pltf: 12/2/09, Deft: 12/22/09</u>; REBUTTAL: <u>1/4/10</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 25, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 13, 2009</u>;

Opp. Due <u>November 30, 2009</u>; Reply Due <u>December 7, 2009</u>;

and set for hearing no later than <u>December 18, 2009</u> at <u>9:00 AM</u>.
Counsel are granted leave to file to file 10 pages in excess of the rules for the motion and opposition and a 5 pages in excess as to the reply.

PRETRIAL CONFERENCE DATE: <u>February 9, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 22, 2010</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur before October 1, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

<u>/s/ Susan Illston</u>
SUSAN ILLSTON
United States District Judge