CHRISTOPHER J. YOST, ESQ. (Bar No. 150785)
MIREYA A.R. LLAURADO, ESQ. (Bar No. 194882)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
E-mail: cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION,
EVERETT REY, and ROBERT VAN GALDER,
erroneously sued and served as Robin Van Galder

STEPHEN M. MURPHY, ESQ.
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Ste. 940
San Francisco, CA 94104
PHONE: (415) 986-1338, ext. 121
FAX: (415) 986-1231
EMAIL: Smurphy@justice.com
Attorneys for Plaintiff PERNELL EVANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX EXPRESS, a Corporation, EVERETT REY, an individual, ROBIN VAN GALDER, a individual, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV-08-01005 SI<br>Assigned to: Honorable Susan Illston, Courtroom 10<br><br>**[PROPOSED] ORDER FOR STIPULATION REGARDING MEDIATION SET FOR SEPTEMBER 29, 2009**<br><br>Complaint Filed: Feb. 19, 2008<br>Trial Date: February 22, 2010 |

Now come the parties, Pernell Evans (Evans) and Defendants Federal Express Corporation, Everett Rey (Rey) and Robin Van Galder ("Van Galder") (collectively, "Defendants"), by and through counsel, and file this stipulated request to excuse Rey and Van Galder's personal appearance at the September 29, 2009, mediation. The parties hereby stipulate as follows and request that this stipulation be made the order of the Court:

1

1. All of the parties attended a May 19, 2009 mediation before Fredrick Butler, including Evans, Rey and Van Galder;

2. As part of the May 19, 2009 mediation, Evans made an oral presentation of his grievances to Rey and Van Galder. No such mutual sessions will occur at the September 29, 2009, mediation.

3. Both Rey and Van Galder's depositions have been completed.

4. Rey and Van Galder both manage busy operations during the daytime.

5. The parties have discussed with mediator Barbara S. Bryant proceeding without the Rey and Van Galder being present and all agree that their presence is not required for an effective mediation.

6. Both Rey and Van Galder work at locations in Oakland that are within approximately 12 to 15 miles of the mediation site in Oakland, and can be at the mediation site in Oakland within 20 minutes if, for some unexpected reason, their presence becomes necessary; an eventuality that neither the parties nor the mediator anticipates will occur.

7. Counsel for FedEx has complete authority to settle any and all claims Evans has made against Rey and Van Galder. Indeed, neither Rey nor Van Galder has any authority to compel or prevent a compromise of any of Evans' claims.

8. Neither party anticipates that the absence of either Rey or Van Galder will impact the mediation in any material way.

9. In order to maximize the value of the second mediation, avoid unnecessary expenditure, and minimize disruption to FedEx's operations, by the Parties, request that Rey and Van Galder be excused from attending the September 29, 2009, mediation.

**IT IS SO ORDERED:**

    That Everett Rey and Robert Van Galder be excused from personally attending the September 29, 2009, mediation.  However, both Rey and Van Galder shall be available by phone during the September 29, 2009, mediation, should the need for their participation arise.

Dated: September __, 2009

By: _____
      Judge Susan Illston

**SO STIPULATED AND SUBMITTED:**

Dated: September 9, 2009

| LAW OFFICES OF STEPHEN M. MURPHY | FEDERAL EXPRESS CORPORATION |
|---|---|
| /s/<br>STEPHEN M. MURPHY, ESQ.<br>180 Montgomery St., Ste. 940<br>San Francisco, CA 94104<br>Telephone: (415) 986-1338, ext. 121<br>Facsimile: (415) 986-1231<br>E-mail: Smurphy@justice.com<br><br>Attorneys for Plaintiff PERNELL EVANS | /s/<br>CHRISTOPHER J. YOST, ESQ.<br>MIREYA A.R. LLAURADO, ESQ.<br>FEDERAL EXPRESS CORP.<br>2601 Main Street, Suite 340<br>Irvine, California 92614<br>Telephone: (949) 862-4558<br>Facsimile: (949) 862-4605<br>E-mail: cjyost@fedex.com<br><br>Attorneys for Defendants<br>FEDERAL EXPRESS CORP., EVERETT REY, and ROBERT VAN GALDER, erroneously sued and served as Robin Van Galder |

#791373