CHRISTOPHER J. YOST, ESQ. (Bar No. 150785)
MIREYA A.R. LLAURADO, ESQ. (Bar No. 194882)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
E-mail: cjyost@fedex.com
Attorneys for Defendants
FEDERAL EXPRESS CORPORATION,
EVERETT REY, and ROBERT VAN GALDER,
erroneously sued and served as Robin Van Galder

STEPHEN M. MURPHY, ESQ.
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Ste. 940
San Francisco, CA 94104
PHONE: (415) 986-1338, ext. 121
FAX: (415) 986-1231
EMAIL: Smurphy@justice.com
Attorneys for Plaintiff PERNELL EVANS

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, an individual,<br><br>　　　　Plaintiff,<br>　v.<br>FEDEX EXPRESS, a Corporation, EVERETT REY, an individual, ROBIN VAN GALDER, a individual, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. CV-08-01005 SI<br><br>Assigned to: Honorable Susan Illston, Courtroom 10<br><br>**STIPULATED ENTRY OF DISMISSAL OF ALL CLAIMS**<br><br>Complaint Filed: February 19, 2008<br>　Trial Date: February 22, 2010 |

Now come the parties, Pernell Evans (Plaintiff) and defendants FedEx Express, Everett Rey, and Robert Van Galder, by and through counsel, and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), file this Stipulated Entry Of Dismissal with prejudice of Plaintiff's above-styled action, with each party to bear its or his own costs and fees.

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff's above-styled action, <u>Pernell Evans v. FedEx Express, Everett Rey, and Robin Van Galder</u>, Case No.: Case No. CV-08-01005 SI, is dismissed with prejudice.  Each party shall be responsible for their own costs and attorneys fees.

**SUBMITTED:**

Dated: October 15, 2009

| LAW OFFICES OF STEPHEN M. MURPHY | FEDERAL EXPRESS CORPORATION |
|---|---|
| /s/<br>STEPHEN M. MURPHY, ESQ.<br>180 Montgomery St., Ste. 940<br>San Francisco, CA 94104<br>Telephone: (415) 986-1338, ext. 121<br>Facsimile: (415) 986-1231<br>E-mail: Smurphy@justice.com<br><br>Attorneys for Plaintiff PERNELL EVANS | /s/<br>CHRISTOPHER J. YOST, ESQ.<br>FEDERAL EXPRESS CORP.<br>2601 Main Street, Suite 340<br>Irvine, California 92614<br>Telephone:  (949) 862-4558<br>Facsimile: (949) 862-4605<br>E-mail:  cjyost@fedex.com<br><br>Attorney for Defendants<br>FEDERAL EXPRESS CORP., EVERETT REY, and ROBERT VAN GALDER, erroneously sued and served as Robin Van Galder |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, STEPHEN M. MURPHY, hereby declare as follows:

I am the attorney of record for Plaintiff Pernell Evans in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence from attorney Christopher J. Yost has been obtained in the filing of this Stipulation.

I declare under the penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 15th day of October, 2009.

      /s/ Stephen M. Murphy
STEPHEN M. MURPHY

STIPULATED ENTRY OF DISMISSAL OF ALL CLAIMS      Case No. CV-08-01005 SI